AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT, PRAYER FOR RELIEF, CIVIL COVER SHEET, EXHIBITS** |
| EFFECTED (1) BY ME: | **GIANFRANCO MAUCIONE** |
| TITLE: | **PROCESS SERVER** |
| | DATE: **10/25/2018 11:02:22 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

ONLYSIMCHAS.COM., INC., C/O DORON Z. KATZ, AGENT

Place where served:

559 MAITLAND AVENUE   TEANECK   NJ   07666

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

DORON Z. KATZ, AGENT

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: M   AGE: 36-50   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____._____         SERVICES $ _____._____         TOTAL $ _____._____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10/26/20 18 _____ L.S.

SIGNATURE OF GIANFRANCO MAUCIONE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

10/26/18
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
Commission Expires Dec. 15, 2020

**Attempts**
10/25/2018 5:56:23 PM
10/25/2018 10:46:53 PM

| | |
|---|---|
| ATTORNEY: | JOSEPH A. DUNNE, ESQ. |
| PLAINTIFF: | DAVID ZIMAND |
| DEFENDANT: | ONLYSIMCHAS.COM., INC. |
| VENUE: | DISTRICT |
| DOCKET: | 2 18 CV 12283 KM JBC |
| COMMENT: | ENTITY'S #9179034886. |